No. 6769.

SUCCESSION OF HENRIETTE DREUX. OPPOSITION OF AUGUSTE COUDREAU.

A marriage celebrated between a woman of color and a white man in 1857 in this State is an absolute nullity, and neither of the parties can pretend to derive from it any of the consequences of a lawful marriage.

The woman dying, a claim of the marital fourth by the man surviving is preposterous.

APPEAL from the Second District Court of New Orleans. TISSOT, J.

*Duguè* for Executor Appellant. *Breaux, Fenner & Hall* for Opponent.

DE BLANC, J., delivered the opinion reversing the judgment.

No. 7037.

SUCCESSION OF HENRY D. SHEPPARD. ON RULE UPON BEN GERSON.

Where the inventory of an entire succession, which consisted of a plantation only, including growing crops, has been taken, and afterwards the crops are gathered and sold, and then the plantation, with stubble, implements, stock, etc., is offered for sale in bulk for the payment of debts, the succession being insolvent, and a bid is made by the principal creditor of a sum which is equal to the appraisement of the whole, less the sum advanced to make the crops, it will be assumed the bid is equal to the appraised value of the property thus offered, nothing to the contrary appearing, and he will be compelled to comply with his bid.

APPEAL from the Parish Court of Pointe Coupèe. BOUANCHAND, J.

*Hewes & Parlange* for Administrator Appellant. *Edward Philips* for Gerson Defendant in rule.

DE BLANC, J., delivered the opinion reversing the judgment.